IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

JAN 0 4 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| MARIA ELENA RUIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 5:16-cv-1303-OLG |
| | § | |
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL

The parties having advised the Court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED that all claims asserted or assertable herein by Plaintiff against Defendant are released and DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO ORDERED.

SIGNED this __4__ day of ~~November~~ January, ~~2017~~ 2018.

_____
ORLANDO L. GARCIA,
CHIEF JUDGE

AGREED ORDER OF DISMISSAL -- Page